Name: Cameron Standley

Address: PO Box 3476

Corcoran, CA 93212

HC-001

CDC or ID Number: BR6660

~~Alameda County Superior Court~~
United States District Court
Northern District of California
(Court)

Petitioner: Cameron Standley

vs.

Respondent: Alameda County District Attorney Office

**PETITION FOR WRIT OF HABEAS CORPUS**

No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2016). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

☒ A conviction  ☐ Parole
☒ A sentence  ☐ Credits
☐ Jail or prison conditions  ☐ Prison discipline
☒ Other (specify): A lawsuit on Alameda District Attorney Office

1. Your name: Cameron Standley
2. Where are you incarcerated? Corcoran State Prison
3. Why are you in custody? ☒ Criminal conviction  ☐ Civil commitment

   Answer items a through i to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). Robbery and Gun enhancement all through Police misconduct Prosecutorial misconduct

   b. Penal or other code sections:

   c. Name and location of sentencing or committing court: Alameda County Superior Court 1225 Fallon Street Oakland CA 94602

   d. Case number: 20-CR-004678

   e. Date convicted or committed: 5-13-21

   f. Date sentenced: 6-1-21

   g. Length of sentence: 16 yrs

   h. When do you expect to be released? 2032 (2-14-32)

   i. Were you represented by counsel in the trial court? ☒ Yes ☐ No  If yes, state the attorney's name and address: Kvo Talaferri Alameda County Public defender

4. What was the LAST plea you entered? (Check one):
   ☒ Not guilty  ☐ Guilty  ☐ Nolo contendere  ☐ Other:

5. If you pleaded not guilty, what kind of trial did you have?
   ☒ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

HC-001

6. **GROUNDS FOR RELIEF**
   **Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

   The police and prosecutor used coheran all through out my case. They falsified the document. Trumped the charges conducted a unduly suggestive line up and show up procedure and gave me a gun enhancement with no gun. I'm talking about zero evidence of a gun. No physical evidence of a gun or visual evidence

   a. **Supporting facts:**
      Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

      Facts. The Oakland Police department conducted a line up with the officer knowing the Identy of the suspect. Didn't read the admission. Told the witness he was pretty sure about a picture he was looking. Wrote the statement out for the witness under the picture. Got him to sign then offered the line up for evidence as being positive ID. When the witness look at the first photo the officer peeked behind the second photo so he can see when I was coming up. They made me the suspect with the gun (even though they don't got evidence of a gun) Before the line up. In prelim the Judge told my lawyer to hurry up this is not a trial. During evidential hearing right before trial the DA showed my picture that was took in another case and asked the witness Do they recognize me I'm the person who rob them with no visual or audio recording

   b. **Supporting documents:**
      Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duval* (1995) 9 Cal. 4th 464, 474.)

      Support documents is Prelim and trial transcripts. Also case discovery

   c. **Supporting cases, rules, or other authority** *(optional)*:
      (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

      Rules hearsay is not admissible in trial. So to give me a gun enhancement with no gun and put that on my jury instruction is cruel and unusual punishment and to coherce a witness to pick me out in a line up just so they can stick me with the robbery is false imprisonment all because I had stolen property which should have been receiving stolen property instead of the trump up charges

HC-001

7. **Ground 2 or Ground _____** *(if applicable)*:

N/A

a. Supporting facts:

N/A

b. Supporting documents:

N/A

c. Supporting cases, rules, or other authority:

N/A

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No  *If yes, give the following information:*
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):
      First District Court of Appeals
   b. Result: Pending                                    c. Date of decision: _____
   d. Case number or citation of opinion, if known: A162844
   e. Issues raised: (1) Unduly Suggestive line up Procedure
      (2) To Review Pitchess material for abuse of discretion
      (3) SB 567 Resentencing
   f. Were you represented by counsel on appeal? ☒ Yes ☐ No  *If yes, state the attorney's name and address, if known:*
      David W Beaudreau
      748 South meadows Parkway, Suite A9-182 Reno, NV 89521

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No  *If yes, give the following information:*
   a. Result: _____                                b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) N/A
      (2)
      (3)

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal. (See *In re Dixon* (1953) 41 Cal.2d 756, 759):
    N/A

11. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

    N/A

    b. Did you seek the highest level of administrative review available? ☐ Yes ☐ No
       Attach documents that show you have exhausted your administrative remedies. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767-769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
    ☒ Yes  *If yes, continue with number 13.*  ☐ No  *If no, skip to number 15.*

HC-001

13 a. (1) Name of court: United States District Court (Northern District of CA)
   (2) Nature of proceeding (for example, "habeas corpus petition"): Habeas Corpus Petition Civil
   (3) Issues raised: (a) False Imprisonment
                     (b) Prosecutorial misconduct
   (4) Result (attach order or explain why unavailable): Denied without Prejudice
   (5) Date of decision: Oct 2021

b. (1) Name of court: _____
   (2) Nature of proceeding: _____
   (3) Issues raised: (a) N/A
                     (b) _____
   (4) Result (attach order or explain why unavailable): _____
   (5) Date of decision: _____

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Robbins (1998) 18 Cal.4th 770, 780.)
Proper Documentation and Jail transfers

16. Are you presently represented by counsel? ☑ Yes ☐ No   If yes, state the attorney's name and address, if known:
David Beaudreau 748 So. South meadows Pk way, Suite A9-192 NV, Reno But I'm Indigent and I would like a attorney to represent me, L only got a appeal attorney

17. Do you have any petition, appeal, or other matter pending in any court? ☑ Yes ☐ No   If yes, explain:
A habeas Corpus pending in Oakland CA Superior Court for my resentencing. A Appeal pending for the Ccx in the Court of Appeals and now this petition for a lawsuit against the District attorney office

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
A Civil lawsuit against the District attorney office for false Imprisonment, Prosecutor Conduct and Emotional distress

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 1-26-23

▶ (SIGNATURE OF PETITIONER)

Case 4:23-cv-00508-JST Document 1-5 Filed 02/03/23 Page 7 of 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON STANDLEY,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY DISTRICT ATTORNEYS OFFICE, et al.,<br><br>Defendants. | Case No. 21-cv-03597-DMR<br><br>ORDER REASSIGNING CASE |

IT IS ORDERED that this case has been reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to the Honorable Jon S. Tigar in the Oakland division for all further proceedings. Counsel are instructed that all future filings shall bear the initials JST immediately after the case number.

All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: June 15, 2021

_Susan Y. Soong_
Susan Y. Soong
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

Proof of Service By MAIL
(By Person In State Custody)

fed R Civ P S. 528 USC 1746

I Cameron Standley declare I am over 18yrs old of age and am a party to this action. I am a resident of Corcoran State Prison In Corcoran CA State of Califor my Prison Address PO Box 3476 Corcoran CA, Corcoran State Prison Housing 4A1R Cell 17, Corcorn CA 93212

On the 26 day of Jan I Served the following Documents

Writ of habeas Corpus Civil

On the Parties by Placing true and Correct Copies thereof, enclosed In a sealed envelope, with Postage thereon fully paid In United States mail In Receptacle So provided by Corcoran State Prison, Corcorn CA, 93212 and addressed as follows

United States District Court
450 Golden Gate Ave
San Francisco, CA 94102-3483