UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON STANDLEY,<br><br>     Petitioner,<br><br>v.<br><br>ALAMEDA COUNTY DISTRICT ATTORNEYS OFFICE,<br><br>     Respondent. | Case No. 23-cv-00508-JST<br><br>**JUDGMENT** |

The Court has DISMISSED this petition for a writ of habeas corpus for failure to exhaust state court remedies, and denied a certificate of appealability. The Clerk is ordered to enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 1, 2023



JON S. TIGAR
United States District Judge